UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

DOUBLE GREEN PRODUCE, INC.,

                      Plaintiff,

              v.

ZHEN ZHEN MARKET INC. and TSENG CHIN TING,

                      Defendant.

----------------------------------------------------------------x

**ORDER**
12-CV-1685 (MKB)

MARGO K. BRODIE, United States District Judge:

      The Report and Recommendation of Magistrate Judge Vera Scanlon dated July 11, 2013, to which no objections have been filed, is adopted in its entirety. The Court grants Plaintiff's motion for a default judgment and directs the Clerk of Court to enter judgment in the amount of $16,945.25, consisting of $16,595.25 for unpaid produce and $350.00 in costs. No interest or attorney's fees shall be awarded.

                                                        SO ORDERED:

                                                        s/ MKB
                                                    MARGO K. BRODIE
                                                    United States District Judge

Dated: July 26, 2013
       Brooklyn, New York